IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARWIN ALANZO FUENMAYOR CARRUYO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv932-MHT |
| | ) | |
| DERRICK CUNNINGHAM, Sheriff, Warden of the Montgomery County Jail, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Pursuant to 18 U.S.C. § 3006A(2)(B), because the interests of justice so require, it is ORDERED that the Federal Defender Program is appointed to represent petitioner Darwin Alanzo Fuenmayor Carruyo in this matter, contingent on the filing, as soon as possible, of a financial affidavit from the petitioner showing he is financially eligible for appointed counsel.

DONE, this the 25th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE